UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.         Criminal No. 06-cr-68-01-JD

<u>Christopher Kafejelis</u>

<u>O R D E R</u>

  The assented to motion to reschedule jury trial (document no. 26) filed by defendant is granted.

  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

               <u>/s/Joseph A. DiClerico, Jr.</u>
               Joseph A. DiClerico, Jr.
               United States District Judge

Date:  May 2, 2007


cc:  Patrick Richard, Esq.
   Terry Ollila, Esq.
   U.S. Marshal
   U.S. Probation