```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

United States of America

      v.                           Criminal No. 06-cr-68-  01-JD

Christopher Kafejelis


O R D E R

The assented to motion to reschedule jury trial (document no. 30) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                              /s/Joseph A. DiClerico, Jr.
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

Date: August 9, 2007


cc:  Patrick J. Richard, Esq.
     Terry L. Ollila, AUSA
     U.S. Marshal
     U.S. Probation