```
              UNITED STATES DISTRICT COURT FOR THE
                     DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                       06-cr-68-01-JD

Christopher Kafejelis

O R D E R

    The assented to motion to reschedule jury trial (document no. 36) filed by defendant is granted.

    The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                    /s/Joseph A. DiClerico, Jr.
                                                    Joseph A. DiClerico, Jr.
                                                    United States District Judge

Date:  December 7, 2007

cc:  Terry L. Ollila, AUSA
     Patrick J. Richard, Esq.
     U.S. Marshal
     U.S. Probation