UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Criminal No. 06-cr-68-01-JD

<u>Christopher Kafejelis</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 39) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                          <u>*/s/ Joseph A. DiClerico*</u>
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

Date:  March 12, 2008


cc:  Patrick J. Richard, Esq.
     Terry L. Ollila, Esq.
     U.S. Marshal
     U.S. Probation